ORIGINAL

FILED

02/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0061

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0061

STATE OF MONTANA,

Plaintiff and Appellee,

v.

RYAN BARKLEY,

Defendant and Appellant.

FILED

FEB 08 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Chad Wright, Appellate Defender for Defendant and Appellant Ryan Barkley (Barkley), has petitioned for an out-of-time appeal from the Order entered October 20, 2021, by the Fourth Judicial District Court, Missoula County, in Cause No. DC 20-473. The Attorney General's Office does not oppose this petition.

Mr. Wright asserts Barkley's appeal was not timely filed through no fault of Barkley's. Mr. Barkley's assigned contract attorney successfully referred his misdemeanor companion case in DC 20-486 to the Appellate Division and a timely Notice of Appeal was filed in DA 21-0639. However, due to a changeover in the Office of State Public Defender's case management system the referral for appealing the felony conviction in DC 20-473 was unsuccessful. Mr. Wright asserts Barkley notified him because of concerns about sentencing provisions in DC 20-473. Mr. Wright confirmed contract counsel had advised Barkley to appeal the questionable sentencing provisions in DC 20-473 but because she was not listed counsel in the new case management system the Appellate Division did not receive the referral.

Since his appeal is untimely under M. R. App. P. 4(5), Barkley moves this Court for leave to pursue an out-of-time appeal. We grant out-of-time appeals under M. R. App. P. 4(6) when an appellant establishes the existence of "extraordinary circumstances amounting to a gross miscarriage of justice." Mr. Wright argues that such would occur

here if Barkley were denied his right to appeal based on a changeover in the Office of State Public Defender's case management system. We agree.

Therefore,

IT IS ORDERED that the petition for an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that Appellant shall have thirty days from the date of this Order within which to prepare, file, and serve a Notice of Appeal and a Request for Transcripts in compliance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 8 day of February, 2022.

Justices

2